# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-02043-JLS (DFMx) | Date | August 25, 2021 |
| Title | Gregory Hannley et al v. Howard Mann et al | | |

**PRESENT:  HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                          None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than **September 1, 2021**, why this action should not be dismissed for lack of prosecution for failure to file a joint report (FRCivP 26) as required by this Court's Order Setting Scheduling Conference (Doc. 37).  Plaintiff shall file a written response to this OSC explaining the failure to comply with this Court's Order Setting Scheduling Conference, which response shall be accompanied by the filing of the parties' Joint Report, including Exhibit A to the Report.  The hearing set for August 27, 2021 is vacated and off calendar.

   No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the required documents on or before the date upon which a response by plaintiffs is due.  Failure to timely and adequately respond will result in the dismissal of this action without further notice.

                                                                                                                           -     :     -

                                                                                   Initials of Deputy Clerk    mku