JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Hannley, Rick Darnell, Alex Draghici, Vivera Pharmaceuticals Inc., Farah Barghi, and Paul Edalat,<br>　　　　　Plaintiffs,<br>　　v.<br><br>Howard Mann; Bruce E. Cahill; Robert Charles Blaine aka Robert Charles Allen-Blaine; Federico Cabo; Blaine Laboratories Inc. aka Blaine Labs; Alternate Health Corp.; Alternate Health USA Inc.; Does 1 through 20, inclusive,<br>　　　　　Defendants. | **CASE NO:  2:21-cv-02043-JLS-DFM**<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order granting in part Defendants' Motion for Summary Judgment (Doc. 115), and for the reasons stated therein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, on the First Cause of Action in the operative First Amended Complaint, Plaintiff Paul Edalat's copyright infringement claim, JUDGMENT IS HEREBY ENTERED in favor of Defendants Howard Mann, Bruce Cahill, Dr. Robert Blaine, Blaine Laboratories, Inc., Alternate Health Corp., and Alternate Health USA Inc.

The remaining state-law claims are DISMISSED without prejudice to refiling in state court. No other claims remain pending for adjudication.

IT IS SO ORDERED.

Dated: March 17, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE